No. 772. LAKE ONTARIO LAND DEVELOPMENT & BEACH PROTECTION ASSOCIATION, INC. *v.* FEDERAL POWER COMMISSION ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Clay-*

ton *L. Burwell* and *Walter S. Forsyth* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Burger, Robert L. Stern, Herman Marcuse* and *Willard W. Gatchell* for the Federal Power Commission, *Charles M. Goetz, Orrin G. Judd* and *Earle K. Moore* for the Power Authority of the State of New York, and *Murray Preston* for the Great Lakes-St. Lawrence Association, respondents.